UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-374 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KURT URBANEK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:    Counterfeiting Obligations or Securities of the United States

<u>Date of Detention Hearing</u>:    August 9, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is charged with counterfeiting United States currency.

2.    At the time of defendant's arrest, firearms and explosives were found in his motel

room. A pipe bomb made of plastic piping was located on the bed and immediately visible upon entry. When arrested, defendant had an untreated gunshot wound in his abdomen. His mental health history includes a suicide attempt one and a half years ago. He also reports abusing prescription opiates.

3. Defendant's criminal history includes a number of failures to appear. According to the National Crime Information Center, there is a safety advisory stating the defendant may be potentially dangerous to law enforcement.

4. Defendant poses a risk of nonappearance due to his history of failing to appear, a history of drug abuse, possible mental health problems, and the lack of current stable residence. He poses a risk of danger due to the recovery of a pipe bomb and firearms from his motel room, as well as the possible substance abuse and mental health problems.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>9th</u> day of August, 2007.

Mary Alice Theiler
United States Magistrate Judge